# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
MAR 18 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

__John William Ford__
Plaintiff(s)

vs.

__Northeastern State University__
Defendant(s)

Case Number: __564-2014-00812__

**15 CV - 136 GKF - FHM**

## COMPLAINT - EEOC

Comes now the Plaintiff, __John William Ford__ and for his/her claim against the Defendant(s), __Northeastern State University__ states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) __Black__ __Male__ who resides at
   (Race)   (Sex)
   __11322 E 16th Street Tulsa, OK 74128__
   (Complete address)

3. The Defendant __Northeastern State University__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at __601 North Grand Avenue, Tahlequah, OK, 74464__

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

IFP, Ø Summons

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

4. On or about _____ , _____ , defendant(s)
             (Month/day)   (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

Harassment while employed with Northeastern State University, Retaliation after an discrimination grievance was filed.

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

Limited employment opportunities due to retaliation from filing grievance while employeed with NSU and the EEOC claim.

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) An opportunity to secure some legal consel to Represent me.

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

Signature

Address 11322 E 6th Street

City Tulsa   State OK   ZIP 74128

Telephone 918-269-7404

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** John W. Ford<br>11322 E. 6th Street<br>Tulsa, OK 74128 | **From:** Oklahoma City Area Office<br>215 Dean A. McGee Avenue<br>Suite 524<br>Oklahoma City, OK 73102 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 564-2014-00812 | Kathy A. Nusz, Investigator | (405) 231-5827 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)      *[signature: Kathy Nusz for Holly Waldron Cole]*      December 18, 2014
       Holly Waldron Cole,            *(Date Mailed)*
       Area Office Director

cc: NORTHEASTERN STATE UNIVERSITY
     Dr. Martha Albin, Director
     Office of Human Resources
     601 North Grand Avenue
     Tahlequah, OK 74464