# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WILLIAM FORD, | ) |
|       Plaintiff, | ) |
| v. | )    Case No. 15-CV-136-GKF-FHM |
| NORTHEASTERN STATE UNIVERSITY, | ) |
|       Defendant. | ) |

## **JUDGMENT**

Pursuant to the court's order of September 22, 2015 [Dkt. #4], it is ordered that the plaintiff John William Ford recover nothing, and the action be dismissed without prejudice.

IT IS SO ORDERED this 22nd day of September, 2015.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT